UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH J. BRENNAN,

               Plaintiff,

        - against -                               **JUDGMENT**
                                                  13-CV-4866 (RRM)

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

               Defendant.
------------------------------------------------------------X

       A Memorandum and Order of the undersigned having been filed this day granting defendant's motion for judgment on the pleadings, dismissing this action and directing the Clerk of Court to enter judgment accordingly, it is hereby

       ORDERED, ADJUDGED AND DECREED that plaintiff take nothing of defendant and this action is hereby dismissed with prejudice.


Dated:  Brooklyn, New York                          *Roslynn R. Mauskopf*
         September 29, 2015                  _____
                                                      ROSLYNN R. MAUSKOPF
                                                       United States District Judge